United States District Court
for the
Eastern District of Pennsylvania

Donald Terry
   Plaintiff(s)
     v.
Midfirst Bank, Midland Mortgage Co
   Defendant(s)

Civil Action No. 2:17-CV-1510 PBT

## Request

Honorable Judge Petrese Tucker;

   I, Donald Terry am requesting that the funds that Midfirst Bank and Midland Mortgage Co. be placed in escrow account on behalf of the Plaintiff. Below is the escrow account number and the bank, where I opened the account.

(6400789860)
Escrow account #

Beneficial Bank

I shall send certified copy to:
Midfirst Bank, Midland Mortgage Co

Respectfully;          5-9-2017

DONALD TERRY
Donald Terry